United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>Defendant. | Case No. 15-cv-00221-JST<br><br>**ORDER SUSPENDING GENERAL ORDER 56 AND SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 26 |

Pursuant to the parties' stipulation at ECF No. 26, the Court hereby suspends General Order 56 in this case. The initial Case Management Conference is set for June 3, 2015 at 2:00 P.M. The parties should submit a joint case management statement ten days prior to the conference.

IT IS SO ORDERED.

Dated: March 25, 2015

_____
JON S. TIGAR
United States District Judge