OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletreedeakins.com
CHRISTOPHER F. WONG, CA Bar No. 142507
christopher.wong@ogletreedeakins.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:   213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendant
HOSPITALITY PROPERTIES TRUST

*[Additional Appearances listed on next page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO-FREEMAN, RUTHEE GOLDKORN, and KENNETH KILGORE, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>            Plaintiffs,<br><br>      v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>            Defendant. | Case No. 3:15-cv-00221-JST<br><br>**[PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**FURTHER CASE MANAGEMENT CONFERENCE:**<br><br>DATE:         September 23, 2015<br>TIME:         2:00 p.m.<br><br>Complaint Filed:  January 15, 2015<br>Trial Date:           None set<br>Dist. Judge:         Hon. Jon S. Tigar |

Proposed Order to Continue Further

CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
Timothy P. Fox, CA Bar No. 157750
Sarah M. Morris, *Pro Hac Vice*
104 Broadway, Suite 400
Denver, Colorado  80203
Telephone:     303.757.7901
tfox@creeclaw.org
smorris@creeclaw.org

Julia Campins – Cal. Bar No. 238023
Hillary Benham-Baker – Cal. Bar No. 265019
CAMPINS BENHAM-BAKER, LLP
8 California #703
San Francisco, CA 94111
Telephone:     415.373.5333
julia@cbbllp.com
hillary@cbbllp.com

Bill Lann Lee – Cal. Bar. No. 108452
Julie Wilensky – Cal. Bar No. 271765
Joshua Davidson – Cal. Bar No. 275168
Linda Lam – Cal. Bar No. 301461
LEWIS, FEINBERG, LEE & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone:     (510) 839-6824
blee@lewisfeinberg.com
jwilensky@lewisfeinberg.com
jdavidson@lewisfeinberg.com
llam@lewisfeinberg.com

Kevin W. Williams, Pro Hac Vice
COLORADO CROSS-DISABILITY
COALITION
655 Broadway #775
Denver, CO 80203
Telephone:     303.839.1775
kwilliams@ccdconline.org

Attorneys for Plaintiffs and the Proposed Class

Pursuant to the parties' Stipulation To Continue Further Case Management Conference, and good cause appearing, the relief sought in the Stipulation is GRANTED. The Further Case Management Conference, which is currently set for September 23, 2015, shall be continued to Wednesday, October 7, 2015 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated:  August 17, 2015



IT IS SO ORDERED
Judge Jon S. Tigar