| | |
|---|---|
| Timothy P. Fox – Cal. Bar No. 157750<br>Sarah M. Morris, *Pro Hac Vice*<br>CIVIL RIGHTS EDUCATION AND<br>ENFORCEMENT CENTER<br>104 Broadway, Suite 400<br>Denver, CO 80203<br>(303) 757-7901<br>tfox@creeclaw.org<br>smorris@creeclaw.org | Bill Lann Lee – Cal. Bar No. 108452<br>Julie Wilensky – Cal. Bar No. 271765<br>Joshua Davidson – Cal. Bar No. 275168<br>Linda Lam – Cal. Bar No. 301461<br>LEWIS, FEINBERG, LEE<br>& JACKSON, P.C.<br>476 9th Street<br>Oakland, CA 94607<br>(510) 839-6824<br>blee@lewisfeinberg.com<br>jwilensky@lewisfeinberg.com<br>jdavidson@lewisfeinberg.com<br>llam@lewisfeinberg.com |
| Julia Campins – Cal. Bar No. 238023<br>Hillary Benham-Baker – Cal. Bar No. 265019<br>CAMPINS BENHAM-BAKER, LLP<br>8 California #703<br>San Francisco, CA 94111<br>(415) 373-5333<br>julia@cbbllp.com<br>hillary@cbbllp.com | Kevin W. Williams, *Pro Hac Vice*<br>COLORADO CROSS-DISABILITY<br>COALITION<br>655 Broadway #775<br>Denver, CO 80203<br>(303) 839-1775<br>kwilliams@ccdconline.org |

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO-FREEMAN, RUTHEE GOLDKORN, and JULIE REISKIN, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>    Defendant. | Case No. 15-CV-00221 JST<br><br>[~~PROPOSED~~] ORDER SETTING CLASS CERTIFICATION EXPERT DISCLOSURE DEADLINES |

---

[~~PROPOSED~~] ORDER RE: CLASS CERT.  
EXPERT DISCLOSURE DEADLINES                      CASE NO. 15-CV-00221 JST

**[PROPOSED]** ORDER

Pursuant to the parties' stipulation, the Court orders the following deadlines:

- Experts used in connection with a class certification motion or response to such motion shall be disclosed and reports shall be provided by September 25, 2015; and

- Rebuttal experts used in connection with a class certification motion or response to such motion shall be disclosed and reports shall be provided by October 26, 2015.

Dated: __August 19__, 2015



Hon. Jon S. Tigar
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar

[PROPOSED] ORDER RE: CLASS CERT. EXPERT DISCLOSURE DEADLINES — - 1 - — CASE NO. 15-CV-00221 JST