OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletreedeakins.com
CHRISTOPHER F. WONG, CA Bar No. 142507
christopher.wong@ogletreedeakins.com
KI'JHANA R. FRIDAY, CA Bar No. 287603
kijhana.friday@ogletreedeakins.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:   213.239.9800
Facsimile:   213.239.9045

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>Defendant. | Case No. 3:15-cv-00221-JST<br><br>[PROPOSED] **ORDER EXTENDING TIME FOR PARTIES' CLASS CERTIFICATION EXPERT DISCLOSURE**<br><br>Complaint Filed: January 15, 2015<br>Trial Date:      None Set<br>Judge:           Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | Bill Lann Lee – Cal. Bar. No. 108452 |
| | Julie Wilensky – Cal. Bar No. 271765 |
| 2 | Joshua Davidson – Cal. Bar No. 275168 |
| | Linda Lam – Cal. Bar No. 301461 |
| 3 | LEWIS, FEINBERG, LEE |
| | & JACKSON, P.C. |
| 4 | 476 9th Street |
| | Oakland, California 94607 |
| 5 | (510) 839-6824 |
| | blee@lewisfeinberg.com |
| 6 | jwilensky@lewisfeinberg.com |
| | jdavidson@lewisfeinberg.com |
| 7 | llam@lewisfeinberg.com |
| | |
| 8 | Timothy P. Fox – Cal. Bar No. 157750 |
| | Sarah M. Morris, *Pro Hac Vice* |
| 9 | CIVIL RIGHTS EDUCATION |
| | AND ENFORCEMENT CENTER |
| 10 | 104 Broadway, Suite 400 |
| | Denver, Colorado 80203 |
| 11 | (303) 757-7901 |
| | tfox@creeclaw.org |
| 12 | smorris@creeclaw.org |
| | |
| 13 | Julia Campins – Cal. Bar No. 238023 |
| | Hillary Benham-Baker – Cal. Bar No. 265019 |
| 14 | CAMPINS BENHAM-BAKER, LLP |
| | 935 Moraga Road, Suite 200 |
| 15 | Lafayette, California 94549 |
| | (415) 373-5333 |
| 16 | julia@cbbllp.com |
| | hillary@cbbllp.com |
| 17 | |
| | Kevin W. Williams, *Pro Hac Vice* |
| 18 | COLORADO CROSS-DISABILITY |
| | COALITION |
| 19 | 655 Broadway #775 |
| | Denver, Colorado 80203 |
| 20 | (303) 839-1775 |
| | kwilliams@ccdconline.org |
| 21 | |
| 22 | Attorneys for Plaintiffs and the Proposed Class |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court orders that the deadline for the parties' disclosure of experts to be used in connection with a class certification motion or response to such motion (and reports) shall be extended from September 25, 2015 to <u>October 9, 2015</u>.

DATED: September 21, 2015

_____
Hon. Jon S. Tigar
United States District Judge