Timothy P. Fox – Cal. Bar No. 157750
Sarah M. Morris, *Pro Hac Vice*
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
104 Broadway, Suite 400
Denver, CO 80203
(303) 757-7901
tfox@creeclaw.org
smorris@creeclaw.org

Bill Lann Lee – Cal. Bar. No. 108452
Julie Wilensky – Cal. Bar No. 271765
Joshua Davidson – Cal. Bar No. 275168
Linda Lam – Cal. Bar No. 301461
LEWIS, FEINBERG, LEE
& JACKSON, P.C.
476 9th Street
Oakland, CA 94607
(510) 839-6824
blee@lewisfeinberg.com
jwilensky@lewisfeinberg.com
jdavidson@lewisfeinberg.com
llam@lewisfeinberg.com

Julia Campins – Cal. Bar No. 238023
Hillary Benham-Baker – Cal. Bar No. 265019
CAMPINS BENHAM-BAKER, LLP
935 Moraga Road, Suite 200
Lafayette, CA 94549
(415) 373-5333
julia@cbbllp.com
hillary@cbbllp.com

Kevin W. Williams, *Pro Hac Vice*
COLORADO CROSS-DISABILITY
COALITION
655 Broadway #775
Denver, CO 80203
(303) 839-1775
kwilliams@ccdconline.org

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO-FREEMAN, RUTHEE GOLDKORN, and JULIE REISKIN, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>        Plaintiffs,<br><br>        v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>        Defendant. | Case No. 15-CV-00221 JST<br><br>**[PROPOSED]** ORDER VACATING CASE MANAGEMENT CONFERENCE |

1  **[PROPOSED] ORDER**

2  Pursuant to the Court's September 22, 2015 order and the parties' stipulation, the Court

3  vacates the case management conference scheduled for October 7, 2015.

5  IT IS SO ORDERED.

9  Dated: September 23, 2015

APPROVED
Judge Jon S. Tigar

Hon. Jon S. Tigar
United States District Judge