1  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   DAVID RAIZMAN, CA Bar No. 129407
2  david.raizman@ogletreedeakins.com
   CHRISTOPHER F. WONG, CA Bar No. 142507
3  christopher.wong@ogletreedeakins.com
   KI'JHANA R. FRIDAY, CA Bar No. 287603
4  kijhana.friday@ogletreedeakins.com
   400 South Hope Street, Suite 1200
5  Los Angeles, California  90071
   Telephone:  213.239.9800
6  Facsimile:   213.239.9045

7

*[Additional counsel listed on next page]*

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

| 14 | THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, et al., | Case No. 3:15-cv-00221-JST |
|---|---|---|
| 15 | | **[PROPOSED] ORDER EXTENDING TIME FOR PARTIES' CLASS CERTIFICATION EXPERT DISCLOSURE** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | HOSPITALITY PROPERTIES TRUST, | Complaint Filed: January 15, 2015 |
| 19 | Defendant. | Trial Date:  None Set<br>Judge:  Hon. Jon S. Tigar |

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Bill Lann Lee – Cal. Bar. No. 108452 |
|  | Julie Wilensky – Cal. Bar No. 271765 |
| 2 | Joshua Davidson – Cal. Bar No. 275168 |
|  | Linda Lam – Cal. Bar No. 301461 |
| 3 | LEWIS, FEINBERG, LEE |
|  | & JACKSON, P.C. |
| 4 | 476 9th Street |
|  | Oakland, California 94607 |
| 5 | (510) 839-6824 |
|  | blee@lewisfeinberg.com |
| 6 | jwilensky@lewisfeinberg.com |
|  | jdavidson@lewisfeinberg.com |
| 7 | llam@lewisfeinberg.com |
| 8 | Timothy P. Fox – Cal. Bar No. 157750 |
|  | Sarah M. Morris, *Pro Hac Vice* |
| 9 | CIVIL RIGHTS EDUCATION |
|  | AND ENFORCEMENT CENTER |
| 10 | 104 Broadway, Suite 400 |
|  | Denver, Colorado 80203 |
| 11 | (303) 757-7901 |
|  | tfox@creeclaw.org |
| 12 | smorris@creeclaw.org |
| 13 | Julia Campins – Cal. Bar No. 238023 |
|  | Hillary Benham-Baker – Cal. Bar No. 265019 |
| 14 | CAMPINS BENHAM-BAKER, LLP |
|  | 935 Moraga Road, Suite 200 |
| 15 | Lafayette, California 94549 |
|  | (415) 373-5333 |
| 16 | julia@cbbllp.com |
|  | hillary@cbbllp.com |
| 17 | |
|  | Kevin W. Williams, *Pro Hac Vice* |
| 18 | COLORADO CROSS-DISABILITY |
|  | COALITION |
| 19 | 655 Broadway #775 |
|  | Denver, Colorado 80203 |
| 20 | (303) 839-1775 |
|  | kwilliams@ccdconline.org |
| 21 | |
| 22 | Attorneys for Plaintiffs and the Proposed Class |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court orders that the deadline for the parties' disclosure of experts to be used in connection with a class certification motion or response to such motion (and reports) shall be extended from October 9, 2015 to <u>October 16, 2015</u>.

DATED: October 8, 2015

_____
Hon. Jon S. Tigar
United States District Judge