# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>Defendant. | Case No. 3:15-cv-00221-JST<br><br>[PROPOSED] **ORDER SETTING BRIEFING SCHEDULE**<br><br>Complaint Filed: January 15, 2015<br>Trial Date: None Set<br>Judge: Hon. Jon S. Tigar |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court orders the following briefing schedule for Plaintiffs' motion for class certification:

- November 12, 2015:  Deadline for Plaintiffs to file their motion
- December 7, 2015:  Deadline for Defendant to file a response
- December 21, 2015:  Deadline for Plaintiffs to file a reply

The Court also orders that the hearing on such motion shall be on January 14, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: November 13, 2015



_____
Hon. 
United

Case No. 3:15-cv-00221-JST

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE

22973325_1.docx