UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>        Defendant. | Case No. 15-cv-00221-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 97 |

Plaintiff Civil Rights Education and Enforcement Center ("CREEC") has filed a stipulation of dismissal dated June 17, 2016.  ECF No. 97.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between CREEC and Hospitality Properties Trust have been dismissed with prejudice.  The Clerk is directed to terminate CREEC as a party in this case.

IT IS SO ORDERED.

Dated: June 17, 2016

_____
JON S. TIGAR
United States District Judge