| | |
|---|---|
| Timothy P. Fox – Cal. Bar No. 157750<br>CIVIL RIGHTS EDUCATION AND<br>ENFORCEMENT CENTER<br>104 Broadway, Suite 400<br>Denver, CO 80203<br>(303) 757-7901<br>tfox@creeclaw.org | Bill Lann Lee – Cal. Bar No. 108452<br>CIVIL RIGHTS EDUCATION AND<br>ENFORCEMENT CENTER.<br>2120 University Ave.<br>Berkeley, CA 94704<br>(510) 431-8484<br>blee@creeclaw.org |
| Julia Campins – Cal. Bar No. 238023<br>Hillary Benham-Baker – Cal. Bar No. 265019<br>CAMPINS BENHAM-BAKER<br>935 Moraga Road, Suite 200<br>Lafayette, CA 94549<br>(415) 373-5333<br>julia@campinsbenhambaker.com<br>hillary@campinsbenhambaker.com | Linda Dardarian – Cal Bar No. 131001<br>Andrew P. Lee – Cal. Bar No. 245903<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>(510) 763-9800<br>ldardarian@gbdhlegal.com<br>alee@gbdhlegal.com |

*Attorneys for Plaintiffs*

*[Additional Appearances on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO FREEMAN, RUTHEE GOLDKORN, and JULIE REISKIN, on behalf of themselves and a proposed class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>Defendant. | Case No. 3:15-cv-00221-JST<br><br>[PROPOSED] ORDER ON STIPULATION RE: CASE SCHEDULE<br><br>The Honorable Jon S. Tigar<br>CMC Date: February 21, 2018<br>CMC Time: 2:00 p.m. |

| | |
|---|---|
| 1 | OGLETREE, DEAKINS, |
| 2 | NASH, SMOAK & STEWART, P.C. |
| | David Raizman (State Bar No. 129407) |
| 3 | Christopher F. Wong (State Bar No. 142507) |
| | 400 South Hope Street, Suite 1200 |
| 4 | Los Angeles, California 90071 |
| 5 | (213) 438-1285 |
| | david.raizman@ogletreedeakins.com |
| 6 | christopher.wong@ogletreedeakins.com |
| 7 | *Attorneys for Defendant* |
| 8 | *Hospitality Properties Trust* |

PURSUANT TO THE STIPULATION OF THE PARTIES, filed on February 14, 2018, and good cause shown, IT IS HEREBY ORDERED:

1. With respect to the review of HPT emails referenced in the Stipulation, HPT shall conduct its review for responsive documents requested by Plaintiffs after first utilizing an electronic document management system to eliminate duplicates and to conduct a file search identifying those emails that contain (i) the domain name of any management company at HPT's U.S. hotels (*e.g.*, "marriott.com," "wyn.com," "ihg.com," "hyatt.com," "carlsonrezidor.com," and "sonesta.com"), and (ii) any of the terms "bus," "van," "shuttle," "ADA," "Americans with Disabilities Act," or "transportation" (or, where applicable, the plural forms of those terms). HPT shall produce its documents on a rolling basis, and shall complete the production of documents to Plaintiffs by May 4, 2018.

2. Plaintiffs shall conduct the Rule 30(b)(6) deposition described above by no later than May 25, 2018.

3. HPT shall file and serve its proposed motion for summary judgment by no later than June 1, 2018. Plaintiffs shall file and serve their opposition by June 22, 2018, and HPT shall file and serve its reply by July 6, 2018.

4. ~~In accordance with the Court's request for three proposed dates for the hearing on~~ HPT's motion for summary judgment~~, the parties propose the following dates: July 12, 19 or 26, 2018.~~ shall be noticed for August 2, 2018.

5. Plaintiffs shall file and serve their proposed motion to amend the First Amended Complaint (if applicable) by no later than 20 days after the Court's ruling on HPT's motion for summary judgment.

IT IS SO ORDERED.

Dated: February 15, 2018

_____
UNITED STATES DISTRICT JUDGE

32992415.1

---

[PROPOSED] ORDER ON STIPULATION — - 3 - — CASE NO. 3:15-CV-00221-JST