Timothy P. Fox – Cal. Bar No. 157750
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
104 Broadway, Suite 400
Denver, CO 80203
(303) 757-7901
tfox@creeclaw.org

Bill Lann Lee – Cal. Bar No. 108452
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER.
2120 University Ave.
Berkeley, CA 94704
(510) 431-8484
blee@creeclaw.org

Julia Campins – Cal. Bar No. 238023
Hillary Benham-Baker – Cal. Bar No. 265019
CAMPINS BENHAM-BAKER
935 Moraga Road, Suite 200
Lafayette, CA 94549
(415) 373-5333
julia@campinsbenhambaker.com
hillary@campinsbenhambaker.com

Linda Dardarian – Cal Bar No. 131001
Andrew P. Lee – Cal. Bar No. 245903
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
ldardarian@gbdhlegal.com
alee@gbdhlegal.com

*Attorneys for Plaintiffs*

*[Additional Appearances on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO FREEMAN, RUTHEE GOLDKORN, and JULIE REISKIN, on behalf of themselves and a proposed class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>Defendant. | Case No. 3:15-cv-00221-JST<br><br>**[PROPOSED] ORDER ON STIPULATION MODIFYING FEBRUARY 15, 2018 ORDER REGARDING CASE SCHEDULE**<br><br>The Honorable Jon S. Tigar |

| | |
|---|---|
| 1 | OGLETREE, DEAKINS, |
| 2 | NASH, SMOAK & STEWART, P.C. |
|   | David Raizman (State Bar No. 129407) |
| 3 | Kathleen J. Choi (State Bar No. 284428) |
|   | 400 South Hope Street, Suite 1200 |
| 4 | Los Angeles, California 90071 |
| 5 | (213) 438-1285 |
|   | david.raizman@ogletreedeakins.com |
| 6 | christopher.wong@ogletreedeakins.com |
| 7 | *Attorneys for Defendant* |
| 8 | *Hospitality Properties Trust* |

[PROPOSED] ORDER ON STIPULATION — - 2 - — CASE NO. 3:15-CV-00221-JST

PURSUANT TO THE STIPULATION OF THE PARTIES, filed on May 24, 2018, and good cause shown, IT IS HEREBY ORDERED:

1. Defendant Hospitality Properties Trust ("HPT") shall produce the documents identified in the February 15 Order (ECF No. 121), and provide a privilege log for all documents or portions of documents withheld on the basis of privilege by June 8, 2018.

2. Plaintiffs Ann Cupolo Freeman, Ruthee Goldkorn and Julie Reiskin ("Plaintiffs") shall conduct the Rule 30(b)(6) deposition described in the February 15 Order on June 19, 2018.

3. HPT shall file and serve its proposed motion for summary judgment by no later than July 13, 2018. Plaintiffs shall file and serve their opposition by August 17, 2018, and HPT shall file and serve its reply by August 31, 2018.

4. The current hearing date of August 2, 2018 on HPT's proposed motion for summary judgment is hereby vacated. HPT's proposed motion for summary judgment shall be heard on ___October 25, 2018_____.

5. Plaintiffs shall file and serve their proposed motion to amend the First Amended Complaint (if applicable) by no later than 20 days after the Court's ruling on HPT's motion for summary judgment.

IT IS SO ORDERED.

Dated: __May 25, 2018__

_____
UNITED STATES DISTRICT JUDGE

34231275.1