| | |
|---|---|
| Timothy P. Fox – Cal. Bar No. 157750<br>CIVIL RIGHTS EDUCATION AND<br>ENFORCEMENT CENTER<br>104 Broadway, Suite 400<br>Denver, CO 80203<br>(303) 757-7901<br>tfox@creeclaw.org | Bill Lann Lee – Cal. Bar No. 108452<br>CIVIL RIGHTS EDUCATION AND<br>ENFORCEMENT CENTER.<br>2120 University Ave.<br>Berkeley, CA 94704<br>(510) 431-8484<br>blee@creeclaw.org |
| Julia Campins – Cal. Bar No. 238023<br>Hillary Benham-Baker – Cal. Bar No. 265019<br>CAMPINS BENHAM-BAKER<br>935 Moraga Road, Suite 200<br>Lafayette, CA 94549<br>(415) 373-5333<br>julia@campinsbenhambaker.com<br>hillary@campinsbenhambaker.com | Linda Dardarian – Cal Bar No. 131001<br>Andrew P. Lee – Cal. Bar No. 245903<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>(510) 763-9800<br>ldardarian@gbdhlegal.com<br>alee@gbdhlegal.com |

*Attorneys for Plaintiffs*

*[Additional Appearances on Next Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO-FREEMAN, RUTHEE GOLDKORN, and KENNETH KILGORE, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>        Plaintiffs,<br><br>   v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>        Defendant. | Case No. 3:15-cv-00221-JST<br><br>[~~PROPOSED~~] ORDER ON STIPULATION MODIFYING MAY 25, 2018 ORDER REGARDING CASE SCHEDULE<br><br>*[Concurrently filed with [Proposed] Order]*<br><br>Complaint Filed:  January 15, 2015<br>Trial Date:         None<br>Judge:              Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | OGLETREE, DEAKINS, |
| 2 | NASH, SMOAK & STEWART, P.C.<br>David Raizman (State Bar No. 129407) |
| 3 | Kathleen J. Choi (State Bar No. 284428)<br>400 South Hope Street, Suite 1200 |
| 4 | Los Angeles, California 90071 |
| 5 | (213) 438-1285<br>david.raizman@ogletreedeakins.com |
| 6 | kathleen.choi @ogletreedeakins.com |
| 7 | *Attorneys for Defendant*<br>*Hospitality Properties Trust* |

PURSUANT TO THE STIPULATION OF THE PARTIES, filed on July 12, 2018, and good cause shown, IT IS HEREBY ORDERED:

1. Plaintiffs Ann Cupolo Freeman, Ruthee Goldkorn and Julie Reiskin ("Plaintiffs") shall conduct the Rule 30(b)(6) deposition described in the May 25, 2018 Order on July 25, 2018.

2. Defendant Hospitality Properties Trust ("HPT") shall file and serve its proposed motion for summary judgment by no later than August 27, 2018. Plaintiffs shall file and serve their opposition by October 5, 2018, and HPT shall file and serve its reply by October 19, 2018.

3. The current hearing date of October 25, 2018 on HPT's proposed motion for summary judgment is hereby vacated. HPT's proposed motion for summary judgment shall be heard on November 15, 2018.

4. Plaintiffs shall file and serve their proposed motion to amend the First Amended Complaint (if applicable) by no later than 20 days after the Court's ruling on HPT's motion for summary judgment.

**IT IS SO ORDERED.**

Dated: July 13, 2018

UNITED STATES DISTRICT JUDGE