| | |
|---|---|
| Timothy P. Fox – Cal. Bar No. 157750<br>CIVIL RIGHTS EDUCATION AND<br>ENFORCEMENT CENTER<br>104 Broadway, Suite 400<br>Denver, CO 80203<br>(303) 757-7901<br>tfox@creeclaw.org | Bill Lann Lee – Cal. Bar No. 108452<br>CIVIL RIGHTS EDUCATION AND<br>ENFORCEMENT CENTER.<br>2120 University Ave.<br>Berkeley, CA 94704<br>(510) 431-8484<br>blee@creeclaw.org |
| Julia Campins – Cal. Bar No. 238023<br>Hillary Benham-Baker – Cal. Bar No. 265019<br>CAMPINS BENHAM-BAKER<br>935 Moraga Road, Suite 200<br>Lafayette, CA 94549<br>(415) 373-5333<br>julia@campinsbenhambaker.com<br>hillary@campinsbenhambaker.com | Linda Dardarian – Cal Bar No. 131001<br>Andrew P. Lee – Cal. Bar No. 245903<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>(510) 763-9800<br>ldardarian@gbdhlegal.com<br>alee@gbdhlegal.com |

*Attorneys for Plaintiffs*

*[Additional Appearances on Next Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO-FREEMAN, RUTHEE GOLDKORN, and KENNETH KILGORE, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY PROPERTIES TRUST,<br><br>Defendant. | Case No. 3:15-cv-00221-JST<br><br>**[PROPOSED] ORDER ON STIPULATION MODIFYING JULY 13, 2018 ORDER REGARDING CASE SCHEDULE**<br><br>*[Concurrently filed with Stipulation Modifying Order Regarding Case Schedule]*<br><br>Complaint Filed: January 15, 2015<br>Trial Date: None<br>Judge: Hon. Jon S. Tigar |

OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
David Raizman (State Bar No. 129407)
Kathleen J. Choi (State Bar No. 284428)
400 South Hope Street, Suite 1200
Los Angeles, California 90071
(213) 438-1285
david.raizman@ogletreedeakins.com
kathleen.choi @ogletreedeakins.com

*Attorneys for Defendant*
*Hospitality Properties Trust*

1      PURSUANT TO THE STIPULATION OF THE PARTIES, filed on August 24, 2018, and good cause shown, IT IS HEREBY ORDERED:

1. Defendant Hospitality Properties Trust ("HPT") shall file and serve its proposed motion for summary judgment by no later than <u>September 4, 2018</u>.  Plaintiffs shall file and serve their opposition by <u>October 12, 2018</u>, and HPT shall file and serve its reply by <u>October 26, 2018</u>.

3. The current hearing date of November 15, 2018 on HPT's proposed motion for summary judgment is hereby vacated.  HPT's proposed motion for summary judgment shall be heard on <u>   December 6, 2018   </u>.

4. Plaintiffs shall file and serve their proposed motion to amend the First Amended Complaint (if applicable) by no later than 20 days after the Court's ruling on HPT's motion for summary judgment.

**IT IS SO ORDERED.**

Dated: <u> August 27, 2018 </u>

                                                 UNITED STATES DISTRICT JUDGE