1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Timothy P. Fox – Cal. Bar No. 157750
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
104 Broadway, Suite 400
Denver, CO 80203
(303) 757-7901
tfox@creeclaw.org

Bill Lann Lee – Cal. Bar No. 108452
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER.
2120 University Ave.
Berkeley, CA 94704
(510) 431-8484
blee@creeclaw.org

Julia Campins – Cal. Bar No. 238023
Hillary Benham-Baker – Cal. Bar No.
265019
CAMPINS BENHAM-BAKER, LLP
935 Moraga Road, Suite 200
Lafayette, CA 94549
(415) 373-5333
julia@cbbllp.com
hillary@cbbllp.com

Linda Dardarian – Cal. Bar No. 131001
Andrew P. Lee – Cal. Bar No. 245903
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
ldardarian@gbdhlegal.com
alee@gbdhlegal.com

*Attorneys for Plaintiffs*
*[Additional Appearances on Next Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

THE CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER, on behalf of
itself, and ANN CUPOLO FREEMAN,
RUTHEE GOLDKORN, and JULIE
REISKIN, on behalf of themselves and a
proposed class of similarly situated
persons,

          Plaintiffs,

          v.

HOSPITALITY PROPERTIES TRUST,

          Defendant.

Case No. 3:15-cv-00221-JST

**[PROPOSED] ORDER ON STIPULATION
MODIFYING AUGUST 27, 2018 ORDER
REGARDING CASE SCHEDULE**

*[Concurrently filed with Stipulation Modifying
Order Regarding Case Schedule]*

Complaint Filed: January 15, 2015
Trial Date: None
Judge: Hon. Jon S. Tigar

[PROPOSED] ORDER ON STIPULATION MODIFYING
AUGUST 27, 2018 ORDER REGARDING CASE
SCHEDULE

CASE NO. 3:15-CV-00221-JST

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
David Raizman (State Bar No. 129407)
David.Raizman@ogletreedeakins.com
Christopher F. Wong (State Bar No. 142507)
Christopher.Wong@ogletreedeakins.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
(213) 438-1285

*Attorneys for Defendant*

[PROPOSED] ORDER ON STIPULATION
MODIFYING AUGUST 27, 2018 ORDER
REGARDING CASE SCHEDULE

CASE NO. 3:15-CV-00221-JST

1    PURSUANT TO THE STIPULATION OF THE PARTIES, filed September 28, 2018,

2  and good cause shown, IT IS HEREBY ORDERED:

3    1.    Plaintiffs shall file and serve their opposition to HPT's motion for summary

4  judgment by <u>October 26, 2018</u>, and HPT shall file and serve its reply by <u>November 16, 2018</u>.

5    ~~2.    [HPT's motion for summary judgment shall be heard on December 6, 2018, as is~~

6  ~~currently scheduled.  (*See* ECF No. 128.)]~~ OR

7    2.    [The current hearing date of December 6, 2018 on HPT's proposed motion for

8  summary judgment is hereby vacated. HPT's proposed motion for summary judgment shall be

9  heard on ____January 10, 2019____.]

10    3.    Plaintiffs shall file and serve their proposed motion to amend the First Amended

11  Complaint (if applicable) by no later than 20 days after the Court's ruling on HPT's motion for

12  summary judgment.

13    **IT IS SO ORDERED.**

14

15  Dated: ___October 2, 2018___

16  _____

17    UNITED STATES DISTRICT JUDGE

18    35783445.1

19

20

21

22

23

24

25

26

27

28