1 | Timothy P. Fox – Cal. Bar No. 157750
2 | Amy F. Robertson, *Pro Hac Vice*
CIVIL RIGHTS EDUCATION AND
3 | ENFORCEMENT CENTER
104 Broadway, Suite 400
4 | Denver, CO 80203
(303) 757-7901
5 | tfox@creeclaw.org
arobertson@creeclaw.org
6 |
7 | Julia Campins – Cal. Bar No. 238023
Hillary Benham-Baker – Cal. Bar No.265019
8 | CAMPINS BENHAM-BAKER
935 Moraga Road, Suite 200
9 | Lafayette, CA 94549
(415) 373-5333
10 | julia@campinsbenhambaker.com
hillary@campinsbenhambaker.com
11 |

Bill Lann Lee – Cal. Bar No. 108452
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER.
2120 University Ave.
Berkeley, CA 94704
(510) 431-8484
blee@creeclaw.org

Linda M. Dardarian – Cal. Bar No. 131001
Andrew P. Lee – Cal. Bar No. 245903
Raymond A. Wendell – Cal. Bar No. 298333
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
ldardarian@gbdhlegal.com
alee@gbdhlegal.com
rwendell@gbdhlegal.com

*Attorneys for Plaintiffs*
*[Additional Appearances on Next Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

ANN CUPOLO FREEMAN, RUTHEE
GOLDKORN, and JULIE REISKIN,

Plaintiffs,

v.

HOSPITALITY PROPERTIES TRUST,

Defendant.

Case No. 3:15-cv-00221-JST

**[PROPOSED] ORDER ON STIPULATION
MODIFYING BRIEFING DEADLINES
AND DATE FOR HEARING AND CASE
MANAGEMENT CONFERENCE**

*[Concurrently filed with Stipulation Modifying
Briefing Deadlines and Date for Hearing and
Case Management Conference]*

Complaint Filed: January 15, 2015
Trial Date: None
Judge: Hon. Jon S. Tigar

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
David Raizman – Cal. Bar No. 129407
David.Raizman@ogletreedeakins.com
Kathleen J. Choi – Cal. Bar No. 284428
Kathleen.Choi@ogletreedeakins.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
(213) 438-1285

*Attorneys for Defendant*

PURSUANT TO THE STIPULATION OF THE PARTIES, filed March 21, 2019, and good cause shown, IT IS HEREBY ORDRED:

1.      Plaintiffs shall file and serve their opposition to HPT's Motion to Certify Question for Interlocutory Appeal ("Motion to Certify"), ECF 146, and HPT shall file and serve its opposition to Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("Motion to Amend"), ECF 147, on or before April 19, 2019;

2.      Plaintiffs shall file and serve their reply in support of Motion to Amend and HPT shall file and serve its reply in support of Motion to Certify on or before April 26, 2019;

3.      The Court shall hold a hearing on Plaintiffs' Motion to Amend and HPT's Motion to Certify at 2:00 p.m. on May 16, 2019, ~~or on such date and time after that as the Court may be available~~; and

4.      The case management conference set for April 3, 2019 is continued until 2:00 p.m. on May 16, 2019, and the joint case management statement shall be filed no later than April 26, 2019.

**IT IS SO ORDERED**.

Dated:  March 22, 2019

_____
Hon. Jon S. Tigar
United States District Judge